# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

HARRY EDWARD JONES, III

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj79-SRW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Harry Edward Jones, III _____
                                                                                Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy of knowingly and intentionally possessing with intent to distribute cocaine, a Schedule II Controlled Substance,

in violation of Title _____ 21 _____ United States Code, Section _____ 846 _____

SUSAN RUSS WALKER                          U.S. MAGISTRATE JUDGE
Name of Issuing Officer                     Title of Issuing Officer

_[signature]_                               AUGUST 9, 2006   MONTGOMERY, ALABAMA
Signature of Issuing Officer                Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____ by_____
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |