IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 SEP 15  A 9:53

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CR. NO. 2:06mj79-SRW |
| | ) WO |
| HARRY EDWARD JONES, III, | ) 2:06CR215-MEF |
| Defendant. | ) |

### NOTICE OF APPEARANCE

**COMES NOW** Rodney Newman Caffey as Attorney for the Defendant, Harry Edward Jones, III, and does hereby files this notice of appearance in the above-styled and enumerated cause.

**Respectfully submitted** on this the 15th day of September 2006.

_____
RODNEY NEWMAN CAFFEY (CAF002)
Attorney for Defendant

ADDRESS OF COUNSEL:

P.O. Box 2012
Montgomery, AL 36102
Telephone: (334) 220-4310

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on, The United States Attorneys Office, Post Office Box 197 Montgomery, AL 36101-0197, by placing a copy of same, in the U. S. mail, properly addressed and postage prepaid on this the 15th day of September 2006.

Rodney Newman Caffey