IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 SEP 19 A 10: 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | Case No. 2:06-cr-215-MEF |
| | * | |
| Harry Edward Jones, III | * | |

## MOTION TO WITHDRAW

Comes now the undersigned counsel for the Defendant and files this his MOTION TO WITHDRAW and shows as follows:

1. The undersigned was appointed to represent the Defendant on August 9, 2006.

2. The undersigned received a Notice of Appearance filed by retained counsel.

Wherefore, the undersigned prays that he is allowed to withdraw since the Defendant is now represented by retained counsel.

Respectfully submitted this 19th day of September, 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant
5950 Carmichael Place, Suite 213

Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735
Email:  duraskilaw@charter.net

Case 2:06-cr-00215-MEF-WC     Document 34     Filed 09/19/2006     Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 19th day of September, 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant

Terry Moorer, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197