IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 2:06CR215-MEF |
| ) | |
| HARRY EDWARD JONES, III ) | |

**ORDER**

Upon consideration of the Motion to Withdraw, filed by Russell T. Duraski, Esq. on 19 September 2006 (Doc. # 34), and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 20th day of September, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE