| | |
|---|---|
| **COURTROOM DEPUTY MINUTES**<br>**MIDDLE DISTRICT OF ALABAMA** | **DATE:** 9/27/06<br>**DIGITAL RECORDING:** 10:49 - 10:53 |

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06cr215-MEF     **DEFT. NAME:** Harry Edward Jones

**USA:** Susan Redmond          **ATTY:** Rodney Caffey

Type Counsel: ( √ ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

**USPTSO/USPO:**

Defendant _____ does √ ___ does NOT need an interpreter; NAME _____

---

- ☐ Kars.      Date of Arrest _____ or ☐ karsr40
- ☐ kia.       Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐           Deft. Advises he will retain counsel. Has retained _____
- ☐           Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐           Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐           **DETENTION HRG** ☐ held; ☐ set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.     **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.      ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
               ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.        Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐           Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.     **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
               √ Trial Term   11/27/06   ; √ **PRETRIAL CONFERENCE DATE:** 10/16/06 @ 9:00
               √ DISCOVERY DISCLOSURES DATE:  9/29/06
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ Kwvspt    **Waiver of Speedy Trial Act Rights Executed**.