IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 OCT -4  P 4: 11

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR. NO. 2:06CR-215-MEF |
| ) | |
| ) | |
| **HARRY EDWARD JONES, III,** ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS

**COMES NOW** the Defendant, Harry Edward Jones, III, by and through the undersigned counsel of record, and moves that this Honorable Court Dismiss the pending complaint in this case, because the Defendant is entitled to confront his accuser, and have him cross-examined, to determine the veracity of his accusations. Since the chief weapon in the Government's prosecutorial arsenal, has let it be known that he does not need to show up when summoned by this Honorable Court, but only when he feels like it, the Defendant hopelessly relegated to being without the knowledge of who and what will be said against him in a matter that can decide his liberty, and thereby denied his rights to Due Process of Law, under the Sixth Amendment to the United States Constitution.

In support of this motion, Defendant contemporaneously files a Petition for Writ of Habeas Corpus.

**Respectfully submitted** on this the 4th day of October 2006.

_____
RODNEY NEWMAN CAFFEY (CAF002)
Attorney for Defendant

ADDRESS OF COUNSEL:

P.O. Box 2012

Montgomery, AL 36102

Telephone: (334) 220-4310

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically served a copy of the foregoing document on: Terry F. Moorer, Esq.; Christine A. Freeman, Esq.; and Joe M. Reed, Esq., on this the, 4th day of October 2006.

_____
Rodney Newman Caffey