IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 OCT -4  P 4: 16

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
v.    )    CR. NO. 2:06CR-215-MEF
    )
    )
HARRY EDWARD JONES, III,    )
    )
    Defendant.    )

## PETITION TO SET BOND

**COMES NOW** the Defendant, Harry Edward Jones, III, by and through the undersigned counsel of record, and respectfully moves this Honorable Court to set or reduce Defendant's bond on the charges warrant for arrest by the Federal Drug Enforcement Agency for the reasons set forth as follows:

1.    The Eighth Amendment to the United States Constitution and Article I, Section 16, of the Alabama Constitution of 1901, provides That "excessive bail shall not be required."

2.    The bond amount is currently in "hold" status.

3.    Considering the dependency of the Defendant's minor child (he is the only living parent), the bail requested by the Government is excessive.

4. The Defendant has no reason, nor would it be feasible considering the dependency of his family, to flee the jurisdiction, or fail to appear for any appointed hearing.

5. The Defendant has indicated an inability to meet the excessive bail requirement being requested by the Government.

6. The Defendant has strong family ties with the community, which reduces the chance of misconduct, and reasonably assures the Defendant's presence at trial.

7. The Defendant cannot adequately prepare his defense otherwise.

**WHEREFORE, THE PREMISES CONSIDERED,** the Defendant Respectfully moves this Honorable Court to order that Defendant be immediately released on his own recognizance and/or reduce the amount of bail being asked by the Government, because said amount is presently excessive in relation to the alleged crime.

**Respectfully submitted** on this the 4th day of October 2006.

**RODNEY NEWMAN CAFFEY (CAF002)**
**Attorney for Defendant**

ADDRESS OF COUNSEL:

P.O. Box 2012

Montgomery, AL 36102

Telephone: (334) 220-4310

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically served a copy of the

foregoing document  on: Terry F. Moorer, Esq.; Christine A.

Freeman, Esq.; and Joe M. Reed, Esq., on this the, 4th day of

October 2006.

Rodney Newman Caffey