IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR215-MEF |
| | ) | (WO) |
| HARRY EDWARD JONES III, | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's petition to set bond filed October 4, 2006 (Doc. # 51), and for good cause, it is

ORDERED that the petition be and hereby is DENIED. See Order (Doc. # 18).

DONE, this 6th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE