IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT -4  P 4: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CR. NO. 2:06CR-215-MEF |
| HARRY EDWARD JONES, III, | ) |
| Defendant. | ) |

## PETITION FOR WRIT OF HABEAS CORPUS

**COMES NOW** the Defendant, Harry Edward Jones, III, by and through the undersigned counsel of record, and petitions this Honorable Court for a Writ of Habeas Corpus for a hearing to Dismiss the pending charges in this matter, or in the alternative, to set a reasonable bail in this matter. As grounds, the Defendant states:

1. The Sixth Amendment to the United States Constitution provides In pertinent part that " In all criminal prosecutions the accused is to be confronted with the witnesses against him," the *Confrontation Clause* of the Sixth Amendment codifies the long-recognized right of an accused to confront his/her accuser, and the corresponding "hearsay rule" requires that if the accuser does not testify at trial, his/her statements cannot be used as evidence.

2. The Defendant was arrested by the Federal Drug Enforcement Agency on 08/08/2006, and charged with the crime of Conspiracy to distribute and possess with intent to distribute approximately (3) kilograms of cocaine.

3. Although, the Defendant has had his life turned upside down, and had his home ransacked by Government investigators, the Government has yet to produce any evidence that the Defendant has even possessed cocaine, let alone intend to distribute approximately (3) kilograms.

4. In fact, the only evidence that the prosecution has, which does not even remotely connect the Defendant with the (3) kilograms of cocaine, is based on the word of a confidential informant, who instead of providing physical evidence linking the Defendant to the crime, is only giving any information that the prosecution wants to hear.

5. This confidential informant which the prosecution has under-pinned its entire case against the Defenedant, even had the temerity to flout this Honorable Court's authority, by not even showing up for his own arraignment. Yet the Government would have us believe that, as soon as they find him, being the paragon of virtue that he is, he will deliver the truth, and nothing but the truth in identify

the real owner of the (3) kilograms of cocaine, notwithstanding the fact that they were found in *his* makeshift trunk.

**WHEREFORE, THE PREMISES CONSIDERED,** the Defendant Respectfully prays that this Honorable Court will grant this Writ of Habeas Corpus to the District Court of the United States for the Middle District of Alabama, Northern District for a hearing to dismiss the pending charges in this matter, or in the alternative, to set a reasonable bail in this matter.

**Respectfully submitted** on this the 4th day of October 2006.

_____
**RODNEY NEWMAN CAFFEY (CAF002)**
**Attorney for Defendant**

ADDRESS OF COUNSEL:

P.O. Box 2012

Montgomery, AL 36102

Telephone: (334) 220-4310

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically served a copy of the foregoing document on: Terry F. Moorer, Esq.; Christine A. Freeman, Esq.; and Joe M. Reed, Esq., on this the, 4th day of October 2006.

Rodney Newman Caffey