IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 OCT 11  A 9: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

UNITED STATES OF AMERICA,    )
                            )
        Plaintiff,           )
                            )
v.                           )        CR. NO. 2:06CR-215-MEF
                            )
                            )
HARRY EDWARD JONES, III,     )
                            )
        Defendant.           )

## MOTION FOR DISCLOSURE OF CONFIDENTIAL INFORMANT

**COMES NOW** the Defendant, Harry Edward Jones, III, and move this

Court to enter an Order directing the United States to furnish Defendant's

Counsel with the name(s) and address(es), telephone number(s) and pre-

sent location(s) of any informant(s), paid or unpaid, of any government

agency or unit, who supplied information or performed any role whatso-

ever which formed the background for, or resulted in the arrest of Defendant,

and further move this Court for an Order directing the United States to fur-

nish Defendant the following:

     1.    Whether the above-named Defendant, or unnamed co-con-

spirators or other parties, was or is an agent of the United States or the

several states, or any other governmental unit, and specifically whether he/

she is an agent of or in the employ of or acting on the behalf of the United

States or the several states, or any other governmental unit in any of his/
her dealings with the Defendant leading up to or in the actual commission
of the alleged criminal acts charged in the indictment.

    2.    If the answer to number (1) is affirmative, state:

    (a)    Whether or not such agent or the United States, the
several states, or any other governmental entity was suspected or appre-
hended for the commission of any crimes at the time he was solicited to
gather information on behalf of the United States, or any other govern-
mental unit;

    (b)    What crimes, with specificity and detail, were such agents of
the United States or any other governmental unit suspected of or appre-
hended for at the time he/she was solicited to gather information on behalf
of the United States, the several states, or any other governmental unit;

    (c)    Whether or not any potential or actual criminal charges against
said agent of the United States, the several states, or any other unit were
abandoned, altered or otherwise not made, upon agreement with or on
agreement of any complexion with any such agent to gather information
on behalf of the United States, the several states or other governmental
unit;

    (d)    What financial arrangements existed or exists between such
agent(s) of the United States, the several states,and/or any other govern-
mental unit.

    3.    The names, addresses and criminal records of each such

person to be called as a witness for the government.

4.    The names, addresses and criminal records of any individual who provided information which aided the United States in securing this indictment. This includes, but is not limited to, those individuals identified as FBI agents.

5.    The sum and substance of any plea bargains entered into by cooperating individuals or confidential informants in this case, whether said plea bargain were entered into by an agency of the United States, the several states of any other governmental unit, or any agents of the above-mentioned agencies, resulting from prior criminal activities on the behalf of such cooperating individuals or confidential informants, the authority for any such bargains; names and addresses of any persons entering into such bargains.

6.    The sum and substance of any and all agreements made not to charge crimes previously made with any cooperating individual or confidential informants by the United States, the several states or any other governmental unit or any agent of the above-mentioned agencies, the authority for such agreements.

7.    The names and addresses of any cooperating individual or confidential information the government threatened with prosecution to secure operation or testimony before the Grand Jury or at the trial of this matter.

8.    The exact nature of each threat of prosecution made to the individual named in the answer No. 7, above.

9.    The name of the government agent or agents who actually communicated such threats as well as where such threat was communicated and the date and time of such threat.

10.    The criminal record of any cooperating individual or confidential informant whether or not the government intends to call to trial.

11.    Information tending to show bias and/or prejudice on the part of any cooperating individual or confidential informant whom the government intends to call at the trial of this matter.

12.    Information tending to show that any cooperating individual or confidential informant had made contradictory and/or inconsistent statements relative to this case, or to the defendants, in any related case.

13.    Information tending to show that any cooperating individual or confidential informant suffers from any material defect in perception, memory, veracity, or articulation.

14.    Information tending to show that any cooperating individual or confidential informant may have at any time failed to identify the Defendant positively.

WHEREFORE, the Defendant prays that this Court grant their Motion for Disclosure of Confidential Informants and enter an Order directing the United States Attorney to furnish the Defendant with names, addresses, telephone numbers and location of such confidential informants, including government agents and individuals cooperating with the Government. Defendant further prays this Court direct the United States Attorney to file a sworn state-

ment with this Court setting out what precautions the United States has taken

to preserve the testimony of such informant(s).

**Respectfully submitted** on this the 11th day of October  2006.


RODNEY NEWMAN CAFFEY (CAF002)
Attorney for Defendant


ADDRESS OF COUNSEL:

P.O. Box 2012

Montgomery, AL 36102

Telephone: (334) 220-4310


## CERTIFICATE OF SERVICE

I hereby certify that I have electronically served a copy of the

foregoing document  on: Terry F. Moorer, Esq.; Christine A.
Freeman, Esq.; and Joe M. Reed, Esq., on this the, 11th day of
October 2006.

Rodney Newman Caffey