IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT 11 A 9:52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CR. NO. 2:06CR-215-MEF |
| HARRY EDWARD JONES, III, | ) | |
| Defendant. | ) | |

**MOTION TO REVEAL INFORMATION RELATING TO ANY AGREEMENT, PROMISE, OR IMMUNITY, COMPENSATION OR OTHERS OFFERS OF BENEFITS TO WITNESSES OR PROSPECTIVE WITNESSES BY THE UNITED STATES**

**COMES NOW** the Defendant, Harry Edward Jones, III, by and through the undersigned counsel of record, and respectfully request this Honorable Court pursuant to Federal Rules of Criminal Procedure and the Due Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution, to order the United States Attorneys for the Middle District of Alabama to furnish the Defendant the following:

1. The details of any agreement, promise, compensation or offer made to any prospective witness, as an inducement for said individual to work with the government, or to testify in the subject case before the Grand Jury which returned the indictment against Defendant, in-

cluding but not limited to the nature and substance in any degree or form of any compensation, offer or agreement.

2. The details of any agreement, promise, compensation or offers of immunity or leniency to any person in connection with this case in exchange for that person's testimony or to induce that person to testify or aid in investigation or preparation of the Government's case.

3. Any information concerning the criminal records of pending criminal charges against any government witness who testified before the Grand Jury or who is a witness for the Government in the trial of this case. This information should include medical records, probation reports and public institution records.

4. Any and all information relating to discussions concerning compensation, offers, agreements or promises between any witness or prospective witness and an agent or agents of the United States Government or the State of Alabama, including the details of any such promise or the amount of any such payment of compensation to any witness.

**Respectfully submitted** on this the 11th day of October 2006.

*/s/ Rodney Newman Caffey*
RODNEY NEWMAN CAFFEY (CAF002)
**Attorney for Defendant**

ADDRESS OF COUNSEL:

P.O. Box 2012

Montgomery, AL 36102

Telephone: (334) 220-4310

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically served a copy of the foregoing document on: Terry F. Moorer, Esq.; Christine A. Freeman, Esq.; and Joe M. Reed, Esq., on this the, 11th day of October 2006.

*Rodney Newman Caffey*
Rodney Newman Caffey