**COURTROOM DEPUTY'S MINUTES**                    **DATE:** 10/16/06

**MIDDLE DISTRICT OF ALABAMA**                    Digital Recording: 9:07 - 9:20

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
                                                   Harry Edward Jones, III
**CASE NUMBER:** 2:06cr215-MEF                     **DEFENDANT(S):** Santo Coleman

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | Harry Edward Jones, III-Rodney Caffey |
| Terry F. Moorer | * | Joe Morgan Reed -Santo Coleman |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     Complete


☐ **PENDING MOTION STATUS:**  
| | COLEMAN: | JONES: |
|---|---|---|
| | Motion to Sever | Motion to Dismiss |
| | Motion for Disclosure | Motion to Set Bond |
| | Motion to Dismiss | Petition(Motion) for Hearing to Dismiss |
| | 3rd Motion for Bond | Motion for Disclosure of Informant |
| | | Motion to Reveal Information |
☐ **PLEA STATUS:** | | Motion In Limine |


☐ **TRIAL STATUS**     Possible Trial

2 and ½ Days for Trial


☐ **REMARKS:** Government to Disclose Informant, file Objections or Notify Intent to Use Informant at trial by 10/20/06 - COURT TO ISSUE ORDER

Court to Review Motions

Case 2:06-cr-00215-MEF-WC     Document 64     Filed 10/16/2006     Page 2 of 2