IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-215-MEF-VPM |
| | ) | |
| HARRY EDWARD JONES, III | ) | |

**RESPONSE TO MOTION IN LIMINE - HEARSAY STATEMENTS
OF COCONSPIRATORS**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned response, and as reasons therefore, submits the following:

1. The instant case arises from a routine traffic stop which led to the seizure of approximately 3 kilograms of cocaine from defendant Villareal on August 8, 2006. Defendant Villareal decided to cooperate with authorities by making a controlled delivery of the cocaine to the defendants. Defendant Villareal understood his cooperation would be made known to the Prosecutor and the Court but no specific promises were made to defendant Villareal.

2. At trial, the United States does not intend to call any unindicted coconspirators. Defendant Villareal, is an indicted coconspirator who may be called to testify on behalf of the United States. Should the United States develop unindicted coconspirators to call as witnesses, the United States shall notify defense counsel. The United States submits the lack of unindicted coconspirators renders the instant motion moot.

Respectfully submitted this the 19th day of October, 2006.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    s/Terry F. Moorer
    TERRY F. MOORER
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: terry.moorer@usdoj.gov
    ASB-1176-O73T

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-215-MEF-VPM |
| | ) | |
| HARRY EDWARD JONES, III | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rodney N. Caffey, Esquire.

Respectfully submitted,

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T