IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-215-MEF-VPM |
| | ) | |
| HARRY EDWARD JONES, III | ) | |

**RESPONSE TO MOTION TO REVEAL INFORMATION RELATING TO ANY AGREEMENT, PROMISE, OR IMMUNITY, COMPENSATION OR OTHER OFFERS OF BENEFITS TO WITNESSES OR PROSPECTIVE WITNESSES BY THE UNITED STATES**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned response, and as reasons therefore, submits the following:

1. The instant case arises from a routine traffic stop which led to the seizure of approximately 3 kilograms of cocaine from defendant Villareal on August 8, 2006. Defendant Villareal decided to cooperate with authorities by making a controlled delivery of the cocaine to the defendants. Defendant Villareal understood his cooperation would be made known to the prosecutor and the Court but no specific promises were made to defendant Villareal.

2. At trial, the United States does not intend to call any cooperating witnesses who were paid or given consideration in exchange for their testimony. Should any witness negotiate a plea agreement with the United States, the same shall be disclosed to defense counsel.

Respectfully submitted this the 19th day of October, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        s/Terry F. Moorer
        TERRY F. MOORER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: terry.moorer@usdoj.gov
        ASB-1176-O73T

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-215-MEF-VPM |
| ) | |
| HARRY EDWARD JONES, III ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rodney N. Caffey, Esquire.

Respectfully submitted,

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T