IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-215-MEF-VPM |
| | ) | |
| HARRY EDWARD JONES, III | ) | |

**RESPONSE TO MOTION FOR DISCLOSURE OF CONFIDENTIAL INFORMANT**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned response, and as reasons therefore, submits the following:

1. The instant case arises from a routine traffic stop which led to the seizure of approximately 3 kilograms of cocaine from defendant Villareal on August 8, 2006. Defendant Villareal decided to cooperate with authorities by making a controlled delivery of the cocaine to the defendants. Defendant Villareal understood his cooperation would be made known to the Prosecutor and the Court but no specific promises were made to defendant Villareal.

2. Aside from defendant Villareal, the United States does not intend to call any confidential informants. The United States submits the lack of confidential informants renders the motion filed by the defendant, moot.

Respectfully submitted this the 19th day of October, 2006.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                s/Terry F. Moorer
                TERRY F. MOORER    ASB-1176-O73T
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334)223-7280  Fax: (334)223-7135
                E-mail: terry.moorer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | CR. NO. 2:06-cr-215-MEF-VPM |
| ) | |
| HARRY EDWARD JONES, III   ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rodney N. Caffey, Esquire.

    Respectfully submitted,

    s/Terry F. Moorer
    TERRY F. MOORER
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: terry.moorer@usdoj.gov
    ASB-1176-O73T