IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:06CR215-MEF |
| | ) | [WO] |
| HARRY EDWARD JONES | ) | |

**ORDER ON MOTION**

On 11 October 2006, the defendant ["Jones"] filed a Motion for Disclosure of Confidential Informant (Doc. # 55).  The government filed its response to the motion on 19 October 2006 (Doc. # 70).  Upon consideration of the motion and the response, and for good cause, it is

ORDERED that the motion is DENIED as moot.  The government has represented to the court that it "does not intend to call any confidential informants" at the trial of this case.  Accordingly, the defendant's request is moot.[1]

DONE this 23rd day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's counsel's filing of discovery motions indicates his lack of familiarity with this court's discovery policies and procedures in criminal cases.  Counsel is DIRECTED to confer with the Federal Defender to secure an understanding of those policies and to refrain from filing discovery motions in the absence of a genuine discovery dispute with the government.  Future such motions in any criminal action will be summarily denied.  Had counsel conferred with the government's attorney before filing this motion, it would have been unnecessary to file it, respond to it, or rule upon it.  Counsel is REMINDED that the court's resources are scarce and valuable and that his continued practice in this court MUST be attended by an understanding of this court's procedures.