IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR215-MEF |
| | ) | [WO] |
| HARRY EDWARD JONES | ) | |

**ORDER ON MOTION**

On 6 October 2006, the defendant ["Jones"] filed a Petition for Writ of Habeas Corpus (Doc. # 53). The court has construed the pleading as a motion for bond and for dismissal. For good cause, including the order entered on 16 August 2006 (Doc. # 18), it is

ORDERED that the motion for bond and dismissal is DENIED.[1]

To the extent that the motion requests a hearing, it is further

ORDERED that the motion for a hearing is DENIED.

DONE this 23rd day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] While it is true that the defendant has submitted no additional evidence since the order of detention, thus making it difficult at best to secure a reversal of the previous order, Jones's counsel is admonished for filing a motion in federal court which seeks relief and which utterly fails to cite to any legal authority. Counsel is presumed to understand that this court's rulings are based upon application of law, and it is counsel's duty to submit statutory or case support for propositions in an argument. This is particularly so when the Constitution is invoked. In future filings, counsel is DIRECTED to annotate his argument with applicable and accurate legal citations.