IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR215-MEF |
| | ) | |
| HARRY EDWARD JONES | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On 4 October 2006, the defendant, HARRY EDWARD JONES ["Jones"], filed a Motion to Dismiss the complaint in this action (Doc. # 50). For good cause, it is the RECOMMENDATION of the Magistrate Judge that the motion be denied. Jones was indicted on 7 September 2006, along with two co-defendants (Doc. # 28). Thus, the complaint is moot.[1]

It is further

ORDERED that the parties shall file any objections to this Recommendation on or before 6 November 2006. A party must specifically identify the findings in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file written objections to the Magistrate Judge's proposed findings and recommendations shall bar a party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on

---

[1] While it is true that the complaint is moot, and thus the motion is also moot, Jones's counsel is admonished for filing a motion in federal court which seeks relief and which utterly fails to cite to any legal authority. Counsel is presumed to understand that this court's rulings are based upon application of law, and it is counsel's duty to submit statutory or case support for propositions in an argument. This is particularly so when the Constitution is invoked. In future filings, counsel is DIRECTED to annotate his argument with applicable and accurate legal citations.

appeal factual findings accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. ***Nettles v. Wainwright***, 677 F.2d 404 (5th Cir. 1982). *See* ***Stein v. Reynolds Securities, Inc.***, 667 F.2d 33 (11th Cir. 1982). *See also* ***Bonner v. City of Prichard***, 661 F.2d 1206 (11th Cir. 1981, *en banc*).

    DONE this 23rd day of October, 2006.

                                    /s/ Vanzetta Penn McPherson
                                    VANZETTA PENN MCPHERSON
                                    UNITED STATES MAGISTRATE JUDGE