IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr215-MEF |
| | ) | |
| HARRY EDWARD JONES, III, | ) | |

**ORDER**

Now pending before the court is defendant Jones' motion to reveal information relating to any agreement, promise, or immunity, compensation or other offers of benefits to witnesses or prospective witnesses by the United States (doc. # 56) filed on October 11, 2006. This motion is inconsistent with this court's arraignment order and standing order on criminal discovery. Accordingly, upon consideration of the motion filed by the defendant, it is

ORDERED that this motions be and is hereby DENIED as moot.

Done this 9th day of November, 2006.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE