IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                  )
v.                      )    CASE NO. 2:06-cr-215-MEF
                  )
HARRY EDWARD JONES    )

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed

herein on October 23, 2006 (Doc. #77), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that defendant's motion to dismiss

(Doc. #50) is DENIED.

DONE this the 13th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE
