UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:06-cr-215-MEF |
| | ) | |
| **HARRY EDWARD JONES, III** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Tiffany B. McCord, and enters her appearance on behalf of the Defendant, Harry Edward Jones, III, in the above-styled case.

Dated this 15th day of November, 2006.

Respectfully submitted,

s/ Tiffany B. McCord
**TIFFANY B. MCCORD**
**AL Bar No.: ASB-3669-F69M**
P.O. Box 1803
505 S. Perry Street
Montgomery, AL 36102
Phone: (334)356-6529

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Terry Moorer, Assistant United States Attorney

Christine A. Freeman, Esquire

Joe M. Reed, Esquire

Rodney Newman Caffey, Esquire

                                        s/ Tiffany B. McCord
                                        **TIFFANY B. MCCORD**