UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: CR-06-215-MEF |
| ) | |
| SANTO COLEMAN, et al.   ) | |

### DEFENDANTS SANTO COLEMAN AND HARRY JONES' REQUESTED VOIR DIRE

**NOW COME** the Defendants, Santo Coleman and Harry Jones, by and through undersigned counsel, Joe M. Reed, Rodney Caffey and Tiffany McCord and request that the attached questions be included in the Voir Dire conducted in this case.

Respectfully Submitted

___/s/_ Joe M. Reed_____
Joe M. Reed
Attorney for Defendant

Address of Counsel:
Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No.: CR-06-215-MEF |
| ) | |
| ) | |
| **SANTO COLEMAN, et al.** ) | |

## REQUESTED VOIR DIRE

1. Please introduce yourself to us: state your name, marital status, and your children, if any, and your educational background, employment, the employment of your children, any experience you or your spouse have had in the military (including rank, branch of service, and specialty), your home, and the city and neighborhood in which you live.

2. During trial, everyone will need to hear the witnesses, the attorneys and the Court. With that in mind, if you **can** hear me clearly, please raise your hand.

3. Some of the jurors here today indicated on the jury questionnaires that they have health conditions which may interfere with their abilities to serve as jurors or which they felt the court needed to be aware of. If you so indicated, please step forward, in order to have a brief discussion of this matter with the court in private.

4. Are any of you taking medicine which may affect your ability to concentrate or sit through the trial?

5. If any of you cannot see well, please raise your hand.

6. Has anyone heard news stories or read any articles regarding this case? If you have heard news stories or articles regarding this case, have any of you discussed this case with

others and/or formed opinions on the guilt or innocence of any of the Defendants? What opinions have you formed?

7. Mr. Coleman and the other defendants sit before you presumed innocent of any offense and if the trial ended this moment, it would be your duty to find him not guilty as there is absolutely no evidence against him. The government must prove his guilt of any offense beyond a reasonable doubt. Does anyone believe that the burden placed upon the prosecution is unfair or the government should not be required to prove its case beyond a reasonable doubt?

8. Are you related by blood or marriage to, or are you personally acquainted with, any of the persons you have seen here in Court today or whose names you have heard in Court today? This would include any of the other persons called today for jury duty, any of the lawyers or courtroom personnel, any of the Defendants, or any of the witnesses you have heard mentioned or seen. If yes, please raise your hand and state who you know and in what capacity.

9. To the best of your knowledge, have you or has any member of your immediate family ever been counseled or represented by the United States Attorney or any of his staff or by the defense attorney or members of that attorney's law office? If yes, raise your hand and state who you know in that capacity.

10. Are any other members of this jury panel, a relative, a friend, or co-worker or associate of yours? If yes, raise your hand and state who you know in that capacity.

11. Please raise your hand if you have ever participated in a court case, either as a plaintiff, a defendant, a witness, or in any other role? Please describe the court case and your involvement in it. How do you feel about your dealings with the court system in that matter? How does that experience affect how you feel about your role in this court today?

12. Please raise your hand if you have ever testified before a Grand Jury? Please generally describe the matter and state on whose behalf you were testifying.

13. Have any of you ever been a juror in a criminal case before? If the answer is yes, please tell us the type of case and what verdict, if any, was reached.

14. Have any of you ever been the victim of a crime? What type of crime? When did it occur? Was there a prosecution in court? How do you feel about your dealings with the criminal justice system in that matter? How does the experience of that crime or the related experience with the criminal justice system affect how you feel about your role as a juror here?

15. Are you now or have you ever served as any type of law enforcement officer, full-time or part-time, paid, military or volunteer? If yes, raise your hand and describe your involvement with law enforcement.

16. Has any member of your family or any friend or acquaintance ever been involved in any type of law enforcement? If yes, raise your hand and tell us who was and in what capacity he or she served in law enforcement.

17. Have any of you or any member of your family or any of your friends ever had any contact with any employee of the Montgomery Police Department, the Drug Enforcement Administration or other Federal Investigative Agency? Please tell us about that contact. If you would prefer, you may discuss the matter in private at the bench.

18. Have you, any member of your immediate family, or a close friend, ever been employed by local, state or the federal government? If so, please tell us when that employment was and the nature of the employment.

19. You will hear testimony from law enforcement officers and agents. Would you tend to believe the testimony of such a government agent or employee just because he is a government employee or agent?

20. You may also hear testimony from an "expert witness". These witnesses will be called in an attempt to clarify points and issues which the average person may not have knowledge. Would any of you assume that "expert witness" testimony is accurate or correct, simply because he or she has been called as an "expert witness" by a party. If so, explain your reason.

21. Do any of you have a family member, friend, or acquaintance who has been involved with controlled substances in some way? If so, raise your hand and step to the bar to briefly discuss the matter in private.

22. Do any of you, your family members or friends, have any involvement, through employment or volunteer activity, with any drug treatment or counseling program? If so, please describe that activity and your involvement in it.

23. You will hear testimony from Alberto Villarreal and possible others who have felony convictions and have agreements with the Government to testimony on behalf of the Government, in exchange for help or favorable treatment in their own criminal matters. Do you understand that you are the sole judge of such witnesses' credibility and if you choose to believe or not believe these witnesses, such a decision is within your sole discretion?

24. This case involves charges of criminal conspiracy and attempted distribution of cocaine. Do any of you believe that an individual should be found guilty of conspiracy or attempted distribution of marijuana simply because he knows of or associates with individuals

engaged in a criminal conspiracy? If so, please state your reason(s)?

25. Do any of you believe that an individual should be found guilty of conspiracy or attempted distribution of marijuana simply because he was present during the conspiratorial activities or at a location where drugs were present?

26. Do any of you believe that an individual should be found guilty of conspiracy simply because he knows about the conspiracy and knows the conspirators? If so, please state your reason(s)?

27. This case will involve frank discussion of drugs and drug use. Additionally, cocaine may be brought into the courtroom. Does this topic or the possible presence of cocaine disturb anyone? Will a discussion of this topic cause any of you to view this case or any defendant negatively? Do any of you believe that an individual should be found guilty of conspiracy or simply because he has used drugs? If so, please state your reason(s)?

28. The defendants have been friends and social acquaintances for several years. One of the defendants is acquainted with the Government's cooperating witness, Alberto Villarreal. Do any of you believe that Coleman and Jones or any of the defendants are guilty of criminal conduct because they may have associated with Alberto Villarreal at some point in the past?

29. Coleman and Jones support themselves through several forms of self employment. Does anyone believe that simply because an individual supports himself and makes ends meet through several forms of self employment and does not have formal job, that he is engaged in improper or illegal conduct. If so, please explain why?

30. This is not a sequestered jury (explain). This trial will begin on November 27,

2006 and will take an estimated two(2) days to complete. Are there any business, social or personal matters which would interfere with your participation during this trial for that period of time?

31. The lawyers have asked me to make sure that you know that during the course of the trial, people participating in the trial are not permitted to speak to jurors. This includes even casual, polite conversation. Please do not be offended if you see one of the attorneys or witnesses in this case, and he or she does not acknowledge you or speak to you. The court rules prevent them from doing so.

32. Is there any other matter which may have some bearing on your ability to serve as a juror in any of these cases?

33. Do you know of any reason, matter or thing that may prevent you from doing your sworn duty to render an impartial verdict based solely upon the evidence presented in this trial and the law as you receive it in the Court's instruction?

Respectfully submitted,

 /s/Joe M.Reed
Joe M. Reed
Attorney for Santo Coleman

/s/Rodney Caffey
Rodney Caffey
Attorney for Harry Jones

/s/Tiffany McCord
Tiffany McCord
Attorney for Harry Jones

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Terry Moorer, Assistant United States Attorney, P.O. Box 197, Montgomery, AL 36101 by electronic mail this 20th day of November, 2006.

    /s/ Joe M. Reed
Joe M. Reed