IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:06-cr-215-MEF |
| ) | |
| ALBERTO VILLAREAL ) | |
| HARRY EDWARD JONES, III ) | |
| SANTO COLEMAN ) | |

# **O R D E R**

Upon consideration of the government's Motion to Dismiss Indictment Without Prejudice (Doc. #90) filed on November 20, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this the 21st day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE