**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

November 22, 2006

## *NOTICE OF DEFICIENCY*

TO:                Attorney Joe Morgan Reed

FROM:          Sheila Carnes
                      Senior Courtroom Deputy

SUBJECT:     United States of America v Santo Coleman, 2:06cr215-MEF

Unfortunately, we have been unable to reach you by telephone regarding the deficiencies outlined below in the documents e-filed in the above-styled case.

I    11/20/2006  92  Court's Jury Charge as to Alberto Villareal, Harry Edward Jones, III, Santo Coleman (Reed, Joe) (Entered: 11/21/2006)

  Deficiencies:
  1) Incorrect event code was used when e-filing the document;
  2) The document indicates that it is filed on behalf of defendants Coleman and Jones yet it is linked to defendant Villareal as well;
  3) Attorneys' signature blocks do not comply with filing requirements outlined in Local Rule 11.1(a) and Criminal Administrative Procedures for e-filing (page 8, Section C - Signatures and Affidavits)

II   Documents 92 and 93
  The Clerk of the Court should not be personally noticed when documents are e-filed, unless directed by court order.

Please contact me at 334 954-3972 regarding these deficiencies. When you have questions regarding our e-filing procedures, you may contact me or call our help desk at 334 954-3935.