## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:06-cr-215-MEF-VPM |
| | ) | |
| SANTO COLEMAN, et al. | ) | |
| | ) | |

## MOTION TO CONTINUE

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above captioned motion as follows:

1. On November 23, 2006, Alberto Villareal was arrested at the airport in Vancouver, Canada. The United States will initiate extradition proceedings to bring defendant Villareal to the United States to stand trial should extradition become necessary. Defendant Villareal may opt to waive extradition which will make further extradition proceedings unnecessary. Due to the Thanksgiving holiday, the lateness in the day when defendant Villareal was taken into custody, and the inability to contact Canadian counsel for defendant Villareal, the United States is unable to provide more detail.

2. The United States respectfully requests that the instant case be continued to allow the United States to obtain the presence of defendant Villareal in the United States. The Speedy Trial Act expressly excludes such time. 18 U.S.C. § 3161(h)(3)(A). The United States submits defendant Villareal is also a material witness in this matter and therefore the trial should be delayed to allow the United States to obtain the physical presence of the defendant in the United States.

Respectfully submitted this 24th day of October, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        s/Terry F. Moorer
        TERRY F. MOORER   ASB-1176-O73T
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail:terry.moorer@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:06-cr-215-MEF-VPM |
| | ) | |
| **SANTO COLEMAN** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman, Joe M. Reed, Esquire and Rodney N. Caffey, Esquire.

    Respectfully submitted,

    s/Terry F. Moorer
    TERRY F. MOORER
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: terry.moorer@usdoj.gov
    ASB-1176-O73T