IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

                                                 NOV 28  P 7: 44

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               CR.
                                                              NO.:2:06CR-215-MEF

HARRY EDWARD JONES,III,

    Defendant.

## MOTION TO RECONSIDER DETENTION

**COMES NOW** the Defendant, Harry Edward Jones, III, by and through the undersigned counsel of record, pursuant to the Oral Order issued by this Honorable Court, and respectfully moves the Court to set or reduce Defendant's bond on the charges warrant for arrest by the Federal Drug Enforcement Agency for the reasons set forth as follows:

1. The Eighth Amendment to the United States Constitution and Article I, Section 16, of the Alabama Constitution of 1901, provides that "excessive bail shall not be required."

2. The bond amount is currently in "hold" status.

3. Considerin g the dependency of the Defendant's minor child (he is the only living parent), the bail requested by the Government is excessive.

4. The Dfendant has no reason, nor would it be feasible, considering the dependency of his family, to flee the jurisdiction, or fail to appear for any appointed hearing.

5. The Defendant has indicated an inability to meet the excessive bail requirement being requested by the Government.

6. The Defendant has strong family ties with the community, which reduces

the chance of misconduct, and reasonably assures the Defendant's presence at trial.

7. The Defendant cannot adequately prepare his defense otherwise.

**WHEREFORE, THE PREMISES CONSIDERED,** the Defendant Respectfully moves this Honorable Court to order that Defendant be immediately released on his own recognizance and/or reduce the amount of bail being asked by the Government, because said amount is presently excessive in relation to the alleged crime.

**Respectfully submitted** on this the 28th day of November 2006.

---
RODNEY NEWMAN CAFFEY (CAF002)
**Attorney for Defendant**

ADDRESS OF COUNSEL:
P.O. Box 2012
Montgomery, AL 36102
Telephone: (334) 220-4310

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically served a copy of the foregoing document on: Terry F. Moorer,    terry.moorer@usdoj.gov, Christine A. Freeman,    christine_freeman@fd.org, Joe M. Reed,    joemreed@bellsouth.net, Tiffini B. McCord,    tmcdmc@netzero.com

---
Rodney N. Caffey