IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr215-MEF |
| ) | |
| HARRY EDWARD JONES, III ) | |
| SANTO COLEMAN ) | |

## **ORDER**

This case is before the court on defendant Harry Jones' motion to reconsider detention (doc. # 102), and defendant Santo Coleman's renewed motion to set bail (Doc. # 104). The court has consulted with the pretrial services officers assigned to this case concerning these motions, and has received their recommendation for continued detention. In addition, the court has reviewed its own reasons for detaining defendants in this case and it stands by its original decision, which has been affirmed by the district judge.

However, the court has also learned that the government's position concerning detention in this case has changed. The United States's motion to dismiss the indictment against Jones and Coleman without prejudice (Doc. #90) implicitly acknowledged that the government was willing to countenance the release of these defendants pending possible re-indictment. Further, now that co-defendant Villareal has been apprehended, and this case has been continued, the court is informed that the government agrees to Jones' and Coleman's release on electronic monitoring and other conditions. Accordingly, as a matter of equity, and based solely upon the government's change in position, it is

ORDERED that the motion to reconsider detention (doc. # 102) and renewed motion

to set bail (Doc. # 104) be and hereby are GRANTED.  A bond hearing in this case is, accordingly, set for 3:45 pm, December 1, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse.  Defendants will be released from custody pending trial as soon as the arrangements for electronic monitoring are completed.

      Done, this 1st day of December, 2006.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE