IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No.2:06-cr-215 |
| ) | |
| VILLARREAL, et al. ) | |

## MOTION IN LIMINE

Now comes the defendant, Santo Coleman, by and through the undersigned and hereby moves this honorable court to exclude the testimony of Quinton Rawlins from the above mentioned proceeding and the introduction of any evidence relating to the pending charges of Tracy Coleman.

Mr. Rawlins' testimony of Mr. Coleman's alleged cocaine possession and/or distribution some two years ago is not relevant as defined by Federal Rules of Evidence 401 and/or is irrelevant and thus inadmissible pursuant to F.R.E. 402 and/or should be excluded on the grounds of confusion, prejudice, or waste of time pursuant to F.R.E. 403 as it relates to the above styled cause.  The testimony of Quinton Rawlins or the commentary on the pending charges of Tracy Coleman do not tend to prove or disprove any material element of the charges faced by the defendant, Santo Coleman, i.e. whether Santo Coleman conspired with Alberto Villarreal and Harry Jones, III to possess and distribute cocaine.

                                          Respectfully Submitted,

                                          /s/ Joe M. Reed
                                          Joe M. Reed
                                          Attorney for Defendant

## Certificate of Service

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Stephen P. Feaga, Assistant United States Attorney, P.O. Box 197, Montgomery, AL 36101 by electronic mail this 9th day of February, 2007.

                                                                                         __/s/ Joe M. Reed_____
                                                                                          Joe M. Reed