| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 2/16/07 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:28 - 9:33 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Wallace Capel, Jr.   DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr215-MEF   **DEFENDANT(S):** Alberto Villareal
Harry Edward Jones, III
Santo Coleman

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Stephen P. Feaga | * | Alberto Villareal - Christine Freeman |
| | * | Harry Edward Jones, III - Rodney Caffey, Denise Simmons |
| | * | Santo Coleman - Joe Morgan Reed |

**DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   Harry Edward Jones, III - #57 Motion in Limine
Santo Coleman - #118 Motion in Limine

☐ **PLEA STATUS:**   Possible Trial for Harry Edward Jones, III and Santo Coleman
Possible Plea for Alberto Villareal

☐ **TRIAL STATUS**   2 and ½ Days for Trial

☐ **REMARKS:** Parties to file a Joint Motion to Continue Trial by 2/21/07 which will be unopposed by the Government