IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| v. | * | CASE NO. 2:06CR-215-MEF |
| HARRY EDWARD JONES, III, | * | |
| DEFENDANT. | * | |

## NOTICE OF APPEARANCE

Comes now the undersigned co-counsel and enters her appearance in this cause as Counsel for Harry Edward Jones, III.

Respectfully submitted this 16th day of February 2007.

Denise A. Simmons (ASB-5019-I32D)

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of Court with notification of such filing to the following:

Louis Franklin
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Of Counsel