IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| v. | * CASE NO. 2:06CR-215-MEF |
| HARRY EDWARD JONES, III, | * |
| DEFENDANT. | * |

RECEIVED
2007 FEB 21  P 2: 04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## WAIVER OF SPEEDY TRIAL RIGHTS

I, Harry Edward Jones, III, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

2/21/07
Date

_Harry Jones_
Defendant

_Susan G. James_
Susan G. James
Attorney for Defendant
600 S. McDonough St.
Montgomery, AL 36104
(334) 269-3330
(334) 263-4888
Email: sgjamesandassoc@aol.com