## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | RECEIVED |
| | * | |
| PLAINTIFF, | * | 2007 FEB 26  P 2: 53 |
| | * | |
| v. | * CASE NO. 2:06CR-215-MEF | T. HACKETT, CLK |
| | * | U.S. DISTRICT COURT |
| HARRY EDWARD JONES, III, | * | MIDDLE DISTRICT ALA |
| DEFENDANT. | * | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now Harry Edward Jones by and through undersigned counsel and files this unopposed motion to continue trial and in support there of states the following:

1. Counsel has recently been retained by Jones.

2. All other counsel, including government counsel, indicated at the pretrial conference that there was no opposition to a motion to continue.

3. Wherefore, Jones respectfully requests that this motion be grant.

Respectfully submitted this 26th day of February 2007.

Susan G. James (JAM012)

SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2007, I filed the foregoing with the Clerk of Court which will send notification of such filing to the following:

Steve Feaga
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Of Counsel