IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CASE NO. | 2:06-CR-00215-MEF-WC |
| | ) | | |
| ALBERTO VILLAREAL, et al. | ) | | |
| Defendants. | ) | | |

## MOTION TO WITHDRAW AS ATTORNEY

**COMES NOW** Tiffany B. McCord, co-counsel for Defendant Harry Edward Jones, III, and shows unto the Court as follows:

1. Undersigned counsel was hired by co-counsel to assist in defending Defendant Jones in the above-styled and numbered case.

2. Since being retained, the undersigned has been unsuccessful in contacting or communicating with co-counsel.

3. Moreover, the undersigned has not had any communications with Defendant Jones since undersigned's appearance at the most recent hearing in this matter.

4. Prior to the filing of this motion, Defendant Jones has hired other counsel to represent him in this matter.

5. Undersigned Counsel suggests that under these circumstances, she is unable to represent Defendant Jones, and therefore moves to withdraw as counsel of record in the above-entitled and numbered action and no longer be sent further notices of the Court.

**WHEREFORE**, the above premises considered, the undersigned counsel of record for Defendant Harry Edward Jones, III, moves this Honorable Court to allow her to withdraw as counsel for the Defendant.

**RESPECTFULLY SUBMITTED** on this 12th day of March 2007.

s/ Tiffany B. McCord (MCC140)
**The Law Office of Tiffany B. McCord, LLC**
Post Office Box 1803
Montgomery, Alabama 36102
Phone (334) 356-6529
Fax (334) 263-4766
tmcdmc@netzero.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.   2:06-CR-00215-MEF-WC |
| ) | |
| ALBERTO VILLAREAL, et al. ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,