IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 2:06cr215-MEF |
| | ) |
| ALBERTO VILLAREAL | ) |
| HARRY EDWARD JONES, III | ) |
| SANTO COLEMAN | |

# ORDER

This matter coming before the Court on Motion to Withdraw as Attorney by Tiffany B. McCord (Doc. # 128), filed March 12, 2007, and the Court noting that Attorneys Susan Graham and Denise Arden Simmons made their respective appearances on February 15 and 16th, 2007 (Docs. #119 and 122), and their being no objections to the contrary filed, it is

ORDERED that the Motion be granted.

DONE this 14th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE