IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **PLAINTIFF,** | * |
| | * |
| v. | * CASE NO. 2:06CR-215-MEF |
| | * |
| **HARRY EDWARD JONES, III,** | * |
| **DEFENDANT.** | * |

## MODIFY CONDITIONS OF PRETRIAL RELEASE

Comes now Harry Jones by and through undersigned counsel and files this motion requesting modification of the conditions of his release and in support thereof states the following:

1. Jones is presently on pretrial release with electronic monitoring conditions. He has been in the community since December 8, 2006 without incident. Jones presently works for Building Material Warehouse. He works the day shift, 6:30 a.m. to 4:00 p.m..

2. Prior to this period of incarceration Jones was the lawful owner of a barbershop. Jones employment potential is not being maximized at the present job at Building Materials Warehouse. . He can make more money if allowed to work at his barbershop First Class Cuts, East South Boulevard, Montgomery, Alabama.

3. The trial of this case has been continued until July, 2007. We are requesting that the electronic monitoring requirement be removed as he poses no danger to the community nor is he a flight risk.

4. Additionally, we seek permission for him to return to his employment at his barbershop First Class Cuts, East South Boulevard, Montgomery, Alabama.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steve Feaga
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012