IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUL -2  P 4: 04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA

V.                                                      )   Case No. 2:06-CR-215
                                                        )
SANTO COLEMAN, et al.                                   )

## ORDER

On June 28, 2007, defendant Santo Coleman filed an Unopposed Motion to Continue Trial. While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. § 3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 316(h)(8)(A).

Here the motion states that defense counsel has a scheduling conflict with the present trial setting. Counsel for the government does not oppose a continuance. Consequently, the court concludes that a continuance of this case is warranted and that the ends of justice served by continuing this case outweighs the best interest of the public and the defendant in a speedy trial. *See United States v. Davenport*, 935 F.2d 1223, 1235 (11th Cir. 1991).

Accordingly, it is hereby **ORDERED**:

1. That the defendant's motion filed on June 28, 2007, is **GRANTED**;

2. That the trial of this case is continued from the July 9, 2007, trial term to the August 6, 2007, trial term.

3. Jury selection is set on Monday, August 6, 2007, at 10:00 a.m. before U.S. District Judge Keith Watkins in courtroom 2E, and trial is hereby set before the undersigned on Monday, August 13, 2007, at 10:00 a.m. in courtroom 2A.

**DONE this the 2nd day of July, 2007.**

/s/ Joel F. Dubina
UNITED STATES CIRCUIT JUDGE

2