IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                CR. NO.:2:06CR-215-MEF

HARRY EDWARD JONES, III,

    Defendant.

RECEIVED
2007 JUL 16  P 4:03

## MOTION FOR APPOINTMENT OF COUNSEL

**COMES NOW** the Defendant, Harry Edward Jones, III, by and through the undersigned counsel of record, and files this his Motion for Appointment as Counsel to represent the Defendant, and shows as follows:

1. This Attorney was retained by the Defendant on September 26, 2006.

2. The Defendant, due to his indigent status, has only been able to provide this Attorney with an initial retainer of **$4,800.00** dollars.

3. This Attorney has incurred fees and expenses far exceeding the initial retainer, with said cause being reset for trial on August 13, 2007.

**WHEREFORE, THE PREMISES CONSIDERED,** the undersigned respectfully moves this Honorable Court to order that Defendant be granted hardship status, and to appoint the undersigned to represent the Defendant throughout the remaining criminal litigation of this matter..

**Respectfully submitted** on this the 16 day of July 2007.

_____
RODNEY NEWMAN CAFFEY (CAF002)
**Attorney for Defendant**

ADDRESS OF COUNSEL:
P.O. Box 2012
Montgomery, AL 36102
Telephone: (334) 220-4310

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically served a copy of the foregoing

document on: John Harmon, john.harmon@usdoj.gov, Christine A. Freeman, christine_freeman@fd.org, Joe M. Reed, joemreed@bellsouth.net, Susan Graham James, sgjandassoc@aol.com.

*[signature]*
Rodney N. Caffey