IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR NO. 2:06CR215-JFD |
| | ) | |
| | ) | |
| HARRY EDWARD JONES, III | ) | |

## ORDER ON MOTION

On July 16, 2007, Defendant filed a Motion for Appointment of Counsel (Doc. #145). Defendant's motion indicates that his attorney, Rodney Newman Caffey, has incurred fees and expenses "far exceeding the initial retainer." Motion for Apptmt Counsel (Doc. #145). A review of the docket sheet indicates that Defendant has retained two other attorneys to represent him in this matter. It does not appear that Defendant is unrepresented. Accordingly, it is

ORDERED that the motion (Doc. #145) is DENIED.

DONE this 20th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE