IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06CR-215-JFD-WC-2 |
| | * |
| HARRY EDWARD JONES, III, | * |
| | * |
| DEFENDANT. | * |

## MOTION TO CONTINUE

Comes now Susan G. James, counsel for Harry Jones and files this motion to continue the trial which is presently set for August 13, 2007 and in support thereof states the following:

1. The Court has set this case for trial on August 13, 2007. Jury selection is set for August 6, 2007. The undersigned counsel has medical issues that will preclude her presence.

2. Specifically the undersigned is scheduled for hip replacement surgery on August 13, 2007 in Atlanta, Georgia. The mandatory pre-op is scheduled for August 9, 2007.

3. Counsel has been advised that the recovery period will be at least six weeks. While counsel is hopeful that she will be mobile earlier, she is compelled to request continuances in matters which have been presently set based on predictions of her doctor.

4. Wherefore the undersigned respectfully requests that this matter be continued until after October 1, 2007.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steve Feaga
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012