IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-215-MEF |
| | ) | |
| HARRY EDWARD JONES, III | ) | |

## **O R D E R**

Upon consideration of defendant Jones's Motion to Continue (Doc. #150) filed on July 25, 2007, it is hereby

ORDERED that the government and co-defendant Coleman show cause in writing on or before Tuesday, July 31, 2007, as why this motion should not be granted.

DONE this 27th day of July, 2007.

                                                          /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE