IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR NO. 2:06-cr-215-MEF |
| ) | |
| ALBERTO VILLAREAL ) | |
| HARRY EDWARD JONES, III ) | |
| SANTO COLEMAN ) | |

**<u>UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL</u>**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Nathan D. Stump, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 30th of July, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
United States Attorney's Office
131 Clayton Street
Montgomery, Alabama  36104
Tel: (334) 223-7280
Fax: (334) 223-7135
nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR NO. 2:06-cr-215-MEF |
| | ) | |
| ALBERTO VILLAREAL | ) | |
| HARRY EDWARD JONES, III | ) | |
| SANTO COLEMAN | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
United States Attorney's Office
131 Clayton Street
Montgomery, Alabama  36104
Tel: (334) 223-7280
Fax: (334) 223-7135
nathan.stump@usdoj.gov