IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR NO. 2:06-cr-215-MEF |
| | ) | |
| HARRY EDWARD JONES, III | ) | |

**GOVERNMENT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully submits that it does not oppose and has no objection to the Motion to Continue that was filed by Defendant Harry Edward Jones, III on July 24, 2007.

Respectfully submitted this the 30th day of July, 2007.

                                                LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                /s/ Nathan D. Stump
                                                NATHAN D. STUMP
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                131 Clayton Street
                                                Montgomery, Alabama 36104
                                                Tel: (334) 223-7280
                                                Fax: (334) 223-7135
                                                nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR NO. 2:06-cr-215-MEF |
| ) | |
| HARRY EDWARD JONES, III ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
United States Attorney's Office
131 Clayton Street
Montgomery, Alabama  36104
Tel: (334) 223-7280
Fax: (334) 223-7135
nathan.stump@usdoj.gov