**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED

2007 JUL 30 P 2: 55

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

v.                                                                               **CR.**
                                                                      **NO.:2:06CR-215-MEF**

**HARRY EDWARD JONES, III,**

   **Defendant.**

## MOTION TO WITHDRAW

**COMES NOW** the undersigned counsel for the Defendant, Harry Edward Jones, III, by and files this his **Motion To Withdraw**, and shows as follows:

1. This Attorney was retained by the Defendant on September 26, 2006.

2. The Defendant, due to his indigent status, has only been able to provide this Attorney with an initial retainer of **$4,800.00** dollars.

3. This Attorney has incurred fees and expenses far exceeding the initial retainer, with said cause being reset for trial on August 13, 2007.

4. The undersigned received a Notice of Appearance filed by other apparently retained counsel.

**WHEREFORE,** the undersigned prays that he is allowed to withdraw, since the Defendant is now represented by other counsel.

**Respectfully submitted** on this the 27th day of July 2007.

_____
RODNEY NEWMAN CAFFEY (CAF002)
**Attorney for Defendant**

ADDRESS OF COUNSEL:
P.O. Box 2012
Montgomery, AL 36102
Telephone: (334) 220-4310

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically served a copy of the foregoing

document on: John Harmon, john.harmon@usdoj.gov, Christine A. Freeman, christine_freeman@fd.org, Joe M. Reed, joemreed@bellsouth.net, Susan Graham James, sgjandassoc@aol.com.

/s/ Rodney N. Caffey
Rodney N. Caffey