IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr215-MEF |
| | ) | |
| | ) | |
| HARRY EDWARD JONES, III | ) | |
| SANTO COLEMAN | | |

# ORDER

Based upon this court's order resetting the trial in the above-styled case from August 6, 2007, to October 2, 2007 and for good cause, it is

ORDERED that the counsel for the parties shall appear for a pretrial conference on September 14, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 2nd day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE