IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr215-MEF |
| | ) | |
| HARRY EDWARDS JONES, III | ) | |

**ORDER**

Upon consideration of defendant's motion to modify conditions of release (Doc. # 160), filed August 13, 2007, it is

ORDERED that the United States may respond to the petition on or before August 20, 2007.

DONE, this 13th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE