IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr215-MEF |
| | ) | |
| HARRY EDWARD JONES, III | ) | |

## **ORDER**

Upon consideration of defendant's motion to modify conditions of pretrial release (Doc. # 160), filed August 13, 2007 and the government's responses to the motion (Doc. ## 162, 163), filed August 20, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED.

DONE, this 27th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE