IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06CR-215-MEF |
| | * |
| HARRY EDWARD JONES, III, | * |
| DEFENDANT. | * |

## MOTION TO CONTINUE TRIAL

Comes now Harry Edward Jones by and through undersigned counsel and files this motion to continue the presently set trial and in support thereof states the following:

1. The undersigned is presently set for trial in the matter of *United States v. Clifford Ferguson*, Case No. 2:07CR25, Middle District of Alabama with jury selection set on November 5, 2007.

2. Counsel is also scheduled in a murder trial in Lee County in the matter of *State of Alabama v. Andrew Johnson*, Case No. 2007-059. Counsel has filed a motion to continue the Johnson case based on the Jones case and the Ferguson case. The Court has not ruled.

3. The undersigned spoke with Nathan Stump, Assistant United States Attorney, who advised that an additional defendant has been charged in the instant case and that a superseding indictment has been filed.

4. The undersigned would anticipate that the inclusion of a new defendant might change the defense strategy and/or reveal exculpatory information.

5. Counsel believes that additional time to investigate and be provided discovery as relates to the new defendant is necessary.

6. Wherefore the undersigned does not believe that given these circumstances she can be prepared for trial even if the above stated conflicts were resolved.

7. The undersigned is respectfully requesting that this matter be continued until after the first of the year. Counsel is already set for several jury trials in December.

8. AUSA Nathan Stump has no objection to this request.

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: ASB7956J64S

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nathan Stump
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: ASB7956J64S