IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:06-cr-215-MEF |
| ) | |
| HARRY EDWARD JONES, III, *et al.* ) | |

## **O R D E R**

Upon consideration of defendant Jones' Motion to Continue Trial (Doc. #179) filed on October 29, 2007, it is hereby

ORDERED that defendant Coleman show cause in writing on or before 5:00 P.M. on October 30, 2007 as to why this motion should not be granted.

DONE this 30th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE