IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06CR-215-MEF |
| | * |
| HARRY EDWARD JONES, III, | * |
| DEFENDANT. | * |

**CORRECTED NOTICE OF APPEARANCE**

Comes now Clifford Terry Gregg, Jr. and enters his appearance in this cause as Co-Counsel for Harry Edward Jones, III.

Respectfully submitted,

s/ Clifford Terry Gregg, Jr.
TERRY GREGG
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: terrygreggjr@gmail.com
Bar No: ASB6892O72G

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2007, I electronically filed the corrected copy of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Louis Franklin
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/ Clifford Terry Gregg, Jr.
TERRY GREGG
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 263-4888

E-mail:terrygreggjr@gmail.com  
Bar No: ASB6892O72G