IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
        v.                      )        CR. NO. 2:06cr215-MEF
                                )
HARRY EDWARD JONES, III         )

## ORDER

Upon consideration of defendant's motion to modify conditions of release (Doc. # 194), filed December 19, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  Defendant's conditions of release are AMENDED to remove the requirement of electronic monitoring.  All other conditions of release continue to apply.

The Clerk of Court is DIRECTED to serve this order on the pretrial services officer, who shall remove the electronic monitoring device as his work schedule permits.

DONE, this 20th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE