IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| Plaintiff, } | |
| } | |
| v. } | Case No. **2:06-cr-00215-MEF** |
| } | |
| HARRY EDWARD JONES, III, } | |
| Defendant. } | |

### NOTICE OF APPEARANCE

COMES NOW, Michael L. Kidd, and hereby gives Notice of Appearance as counsel representing Harry Jones in the above styled cause.

Respectfully submitted on this the 13$^h$ day of March, 2008.

S/ Michael L. Kidd
**MICHAEL L. KIDD (KID001)**
Attorney for the Defendant
22 Scott Street
Montgomery, AL  36104
Telephone:    (334) 834.5433
Facsimile:    (334) 265.1926
uakidd@netzero.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Stephen P. Feaga**
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101

s/ Michael L. Kidd
**of COUNSEL**