IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06CR-215-MEF |
| | * |
| HARRY EDWARD JONES, III, | * |
| DEFENDANT. | * |

**NOTICE OF CONFLICT**

Comes now, Susan G. James, attorney for the above referenced defendant, and advises this Court of a potential conflict and, in support thereof, states the following:

1. Harry Jones has, for some time, been set for trial on April 7, 2008 in the United States District Court, Middle District of Alabama, Case No. 2:06CR-215-MEF. The matter of United States v. Howard Smith has been specially set for April 9, 2008. This is also a Middle District case, Case No. 3:07CR-256-MHT-TFM-1. The undersigned is prepared to try both cases during that trial term. However, it will be necessary that the Court work with the undersigned on scheduling so that she can do both trials during this term.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steve Feaga
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


    Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: ASB7956J64S