IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-215-MEF |
| | ) | |
| HARRY EDWARD JONES, III | ) | |
| SANTO COLEMAN | ) | |

# **O R D E R**

It is hereby ORDERED that this case is set for a status conference on March 27, 2008

at 4:00 P.M. in the Chambers of the undersigned, United States Courthouse, One Church

Street, A-300, Montgomery, Alabama.

DONE this 26th day of March, 2008.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE