**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr215-MEF |
| | ) | |
| HARRY EDWARD JONES, III | ) | |

## UNITED STATES OF AMERICA'S PROPOSED FORFEITURE INSTRUCTIONS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, and Tommie Brown Hardwick, Assistant United States Attorney, and submits its Proposed Forfeiture Instructions for use in the forfeiture proceedings of the above-styled case.

The United States of America requests the Court, pursuant to Rule 30 of the Federal Rules of Criminal Procedure, to use the forfeiture instructions in charging the jury or, in the alternative, to use in substance the principles of law identified in the proposed instructions in charging the jury.

Respectfully submitted this 31st day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney

<u>UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 1</u>

Members of the Jury:

Your verdict in this case does not complete your jury service, as it would in most cases, because there is another matter you must now consider and decide, namely, whether the defendant should forfeit certain property to the United States as a part of the penalty for the crime charged in Count 1 of the indictment.

In a portion of the indictment not previously discussed or disclosed to you, it is alleged that certain property was involved in the offense charged in Count 1; and, in view of your verdict finding the defendant guilty, you must also decide, under the law I will now explain to you, whether the defendant must forfeit certain property to the United States because of its connection to his drug trafficking activities.

The term "forfeited" simply means for someone to be divested or deprived of the ownership of something as a part of the punishment allowed by the law for the commission of certain criminal offenses.

In deciding these forfeiture issues you should consider all of the evidence you have already heard during the trial plus the additional evidence, if any, that will be presented to you when I finish giving you these instructions.

The forfeiture allegation of the indictment and Bill of Particulars - copies of which will be provided to you for your consideration during your supplemental deliberations - describes in

particular the property allegedly subject to forfeiture to the United States:

> Five Thousand One Hundred Fifty Two ($5,152)
> Dollars in United States currency seized from
> Harry Edward Jones, III on August 8, 2006.

In order to be entitled to the forfeiture of this property, the United States must have proved by a preponderance of the evidence that this property was involved in or is proceeds from the offense as charged in Count 1 of the indictment.

A "preponderance of the evidence" simply means an amount of evidence which is enough to persuade you that a claim or contention is more likely true than not true. Proof beyond a reasonable doubt as used earlier in your deliberations is **not** required and you should put that standard out of your mind.

While deliberating concerning the issue of forfeiture you must not reexamine your previous determination regarding the defendant's guilt. However, all of the instructions previously given to you concerning your consideration of the evidence, the credibility of the witnesses, your duty to deliberate together, your duty to base your verdict solely on the evidence without prejudice, bias or sympathy, and the necessity of a unanimous verdict, will continue to apply during these supplemental deliberations.

_____

Pattern Jury Instructions, Criminal Cases, Eleventh Circuit
 (2003 revision)

21 U.S.C. § 853(a) ("Any person convicted of a violation of this subchapter or
subchapter II of this chapter punishable by imprisonment for more than one year
shall forfeit to the United States, irrespective of any provision of state law --

> (1) any property constituting or derived from, any proceeds the person
> obtained, directly or indirectly, as the result of such violation;

> (2) any of the person's property used, or intended to be used, in any
> manner or part, to commit, or to facilitate the commission of, such
> violation . . . .")

Fed.R.Crim.P. 32.2(b)(1) ("As soon as practicable after entering a guilty verdict
. . . on any count in an indictment . . . with regard to which criminal
forfeiture is sought, the court [or jury] shall determine what property is
subject to forfeiture under the applicable statute.")

Granted      _____

Modified     _____

Denied       _____

Withdrawn    _____

<u>UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 2</u>

I further instruct you that what happens to any property that is declared forfeited is exclusively a matter for the Court to decide.  You should not consider what might happen to the property in determining whether the property is subject to forfeiture.  In this connection, you should disregard any claims that other persons may have to the property.  The interests that other persons may have in the property will be taken into account by the Court at a later time.

Your sole concern now is to determine whether the property identified was proceeds or involved or used in the violation as charged in Count 1.

_____

Granted      _____

Modified     _____

Denied       _____

Withdrawn _____

<u>UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 3</u>

Title 21, United States Code, Section 841(a)(1), makes it a federal crime or offense for anyone to possess a "controlled substance" with intent to distribute it.

I hereby instruct you that cocaine is a "controlled substance" within the meaning of the law.

_____

Pattern Jury Instructions, Criminal Cases, Eleventh Circuit
 (2003 revision)

Granted      _____

Modified     _____

Denied       _____

Withdrawn    _____

UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 4

To "possess with intent to distribute" means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without financial interest in the transaction.

_____

Pattern Jury Instructions, Criminal Cases, Eleventh Circuit
 (2003 revision)

Granted      _____

Modified     _____

Denied       _____

Withdrawn    _____

UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 5

Under federal law, any person who is convicted of a drug violation is required to forfeit to the United States any proceeds of the violation and any property that facilitated the violation, whether or not that property has been or can be seized by the government. The government is not required to prove that the monies obtained by the defendant as a result of the drug violation are still in the defendant's possession. Rather, the government is only required to prove that the defendant obtained proceeds and that those proceeds were derived from his drug violations, even if no specific assets are identified into which those proceeds are traced.

_____

Granted    _____

Modified   _____

Denied     _____

Withdrawn  _____

UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 6

The forfeiture allegation of the indictment and the Bill of Particulars list the property which the United States contends was involved in or was traceable to property involved in the possession with intent to distribute violation. The Special Verdict Form regarding forfeiture states the property which the indictment alleges is such property regarding that Count.


_____


Granted      _____

Modified     _____

Denied       _____

Withdrawn    _____

UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 7

You must reach a unanimous verdict as to each question on the Special Verdict Form.

_____

Title 19, United States Code, Section 1615; <u>U.S. v. $41,305 In Currency</u>, 802 F.2d 1339, 1343 (11th Cir. 1986); <u>U.S. v. One 1975 Ford F-100  Pickup Truck</u>, 558 F.2d 755, 756 (5th Cir. 1977).

<u>U.S. v. Four Million, Two Hundred Fifty-Five Thousand</u>, 762 F.2d 895, 904 (11th Cir. 1985).

Granted      _____

Modified     _____

Denied       _____

Withdrawn    _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          CASE NO. 2:06cr215-MEF
                                  )
HARRY EDWARD JONES, III           )


<u>**UNITED STATES OF AMERICA'S PROPOSED SPECIAL VERDICT FORM**</u>

We, the Jury, unanimously find by a preponderance of the evidence that the Five Thousand One Hundred Fifty Two ($5,152) Dollars in United States currency, listed in the Bill of Particulars, is proceeds obtained directly or indirectly as a result of the violation for which defendant was convicted.


**YES**  _____

**NO**   _____

So, Say We All, this _____ day of _____, 2008.



_____
                    FOREPERSON