IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:06-cr-215-MEF |
| | ) | |
| HARRY EDWARD JONES, III | ) | |
| SANTO COLEMAN | ) | |

**<u>GOVERNMENT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION</u>**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that the following Jury Instruction be given to the jury in the above-captioned case.

Respectfully submitted this the 1st day of April, 2008.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Nathan D. Stump*
Nathan D. Stump
Assistant United States Attorney
United States Attorney's Office
131 Clayton Street
Montgomery, Alabama  36104
Tel: (334) 223-7280
Fax: (334) 223-7135
nathan.stump@usdoj.gov

1

<u>GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. 14.</u>

**CONSCIOUSNESS OF GUILT**

Intentional flight by a person immediately after a crime has been committed or after that person has been accused of a crime that has been committed is not, of course, sufficient in itself to establish the guilt of that person, but intentional flight under those circumstances is a fact which, if proved, may be considered by the Jury in the light of all the other evidence in the case in determining the guilt or innocence of that person.

Whether or not the defendant's conduct constituted flight is exclusively for you, as the Jury, to determine. And if you do so determine whether or not that flight showed a consciousness of guilt on his part and the significance to be attached to that evidence are also matters exclusively for you as a jury to determine.

I do remind you that in your consideration of any evidence of flight, if you should find that there was flight you should also consider that there may be reasons for this which are fully consistent with innocence. And may I also suggest to you that a feeling of guilt does not necessarily reflect actual guilt of a crime which you may be considering.

**ANNOTATIONS AND COMMENTS**
<u>United States v. Borders</u>, 693 F.2d 1318, 1327-28 (11th Cir. 1982); <u>see also</u> <u>United States v. Wright</u>, 392 F.3d 1269, 1277-78 (11th Cir. 2004); <u>United States v. Myers</u>, 550 F.2d 1036, 1049 (5th Cir. 1977); <u>United States v. v. Blackburn</u>, 165 Fed. Appx. 723, 723 (Jan. 23, 2006); <u>United States v. Simmerer</u>, 156 Fed. Appx. 124, 127 (11th Cir. Nov. 16, 2005); 1 L. Sand et al., Modern Federal Jury Instruction, 2002.

## **CERTIFICATE OF SERVICE**

I, Nathan D. Stump, Assistant United States Attorney, hereby certify that on this the 1st day of April, 2008, I electronically filed the foregoing Supplemental Proposed Jury Instruction with the Clerk of the Court using the CM/ECF system, which automatically served a copy of the foregoing on counsel for defendants Harry Edward Jones, III, and Santo Coleman, and all counsel of record.

*/s/Nathan D. Stump*
NATHAN D. STUMP
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov