IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-215-MEF |
| | ) | |
| HARRY EDWARD JONES III and | ) | |
| SANTO COLEMAN | ) | |

## **ORDER**

During the trial of this cause, counsel for Harry Jones orally moved to dismiss the indictment pursuant to Rule 6(d) of the Federal Rules of Criminal Procedure based upon the United States' undue influence upon the Grand Jury. Counsel made this motion after reviewing certain Grand Jury testimony of government witnesses to be called during the trial of this matter. To the extent that either Defendant wishes to preserve any objection with respect to any improper conduct in their prosecution or indictment, they shall file a proper motion along with a brief in support thereof on or before April 14, 2008. Should any motion be filed, the United States shall file a response on or before April 21, 2008.

Done this the 9th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE