IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|    PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06CR-215-MEF |
| | * |
| HARRY EDWARD JONES, III, | * |
|    DEFENDANT. | * |

**MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS
INDICTMENT AND BRIEF IN SUPPORT THEREOF**

Comes now Harry Edward Jones by and through undersigned counsel and files this motion to extend the time for filing the motion to dismiss the indictment and a brief in support thereof and in support there of states the following:

1. Counsel for Jones moved orally at trial to dismiss the indictment in this case.

2. Counsel for Jones would like to file a written motion and a brief in support of the request to dismiss the indictment.

3. Counsel received an extension from this Court until today to file said motion and brief.

4. Counsel has been unable to complete the motion and brief in time for filing on today's date due to her schedule and a hearing in the matter of *State v. Daniels*, Case No. CC-2007-000014.00, Circuit Court of Covington County.

5. Counsel's staff has attempted, to no avail, to contact AUSA Nathan Stump to see if he has an objection to this request.

6. Wherefore counsel for Jones respectfully an extension of time be given until Monday, April 21, 2008 in time which to complete the motion and brief.

Respectfully submitted,

      s/Susan G. James
      SUSAN G. JAMES
      Attorney at Law
      600 South McDonough Street
      Montgomery, Alabama 36104
      Phone: (334) 269-3330
      Fax: (334) 834-0353
      E-mail: sgjamesandassoc@aol.com
      Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nathan Stump
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

      s/Susan G. James
      SUSAN G. JAMES
      Attorney at Law
      600 South McDonough Street
      Montgomery, Alabama 36104
      Phone: (334) 269-3330
      Fax: (334) 834-0353
      E-mail: sgjamesandassoc@aol.com
      Bar No: ASB7956J64S