IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06CR-215-MEF |
| | * |
| HARRY EDWARD JONES, III, | * |
| DEFENDANT. | * |

**MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS
INDICTMENT AND BRIEF IN SUPPORT THEREOF**

Comes now Harry Edward Jones by and through undersigned counsel and files this motion to extend the time for filing the motion to dismiss the indictment and a brief in support thereof and in support there of states the following:

1. Counsel for Jones moved orally at trial to dismiss the indictment in this case.

2. Counsel for Jones would like to file a written motion and a brief in support of the request to dismiss the indictment.

3. Counsel received an extension from this Court until today to file said motion and brief.

4. Counsel has been unable to complete the motion and brief in time for filing on today's date due to her schedule and a hearing in the matter of *State v. Daniels*, Case No. CC-2007-000014.00, Circuit Court of Covington County.

5. Counsel's staff has attempted, to no avail, to contact AUSA Nathan Stump to see if he has an objection to this request.

6. Wherefore counsel for Jones respectfully an extension of time be given until Monday, April 21, 2008 in time which to complete the motion and brief.

Respectfully submitted,

**MOTION DENIED**
THIS 22nd DAY OF April, 2008

MARK E. FULLER
UNITED STATES DISTRICT JUDGE