IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-215-MEF |
| | ) | |
| HARRY EDWARD JONES, III | ) | |

## **O R D E R**

Upon consideration of defendant's Motion to Dismiss Indictment and Bar Mistrial (Doc. #227) filed on April 22, 2008, it is hereby

ORDERED that the motion is DENIED as moot in light of this Court's order (Doc. #226) dated April 22, 2008.

DONE this the 29th day of April, 2008.

          /s/ Mark E. Fuller
    CHIEF UNITED STATES DISTRICT JUDGE