### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06CR-215-MEF |
| | * |
| HARRY EDWARD JONES, III, | * |
| DEFENDANT. | * |

### NOTICE OF INTENT TO CHANGE PLEA

Comes now the undersigned counsel on behalf of Harry Edward Jones, III and files notice of intent to change plea.

Respectfully submitted,

s/Susan G. James
Susan G. James & associates
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334)263-4888
E-mail: sgjamesandassoc@aol.com
Bar No:ASB-7956-j64S

### CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nathan Stump
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

s/Susan G. James
Susan G. James & associates
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334)263-4888
E-mail: sgjamesandassoc@aol.com
Bar No:ASB-7956-j64S