IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr215-MEF |
| | ) | [21 USC 844(a)] |
| HARRY EDWARD JONES, III | ) | |
| | ) | INFORMATION |

The United States Attorney charges:

### COUNT 1

On or about August 8, 2006, in Montgomery County, within the Middle District of Alabama, HARRY EDWARD JONES, III, defendant herein, knowingly and intentionally possessed approximately one half ounce of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

### FORFEITURE ALLEGATION

A. Count 1 of this information is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation as alleged in Count 1 of this information, the defendant,

HARRY EDWARDS JONES, III,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendants obtained, directly or indirectly, as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this information, including but not limited to, the following:

Five Thousand One Hundred Fifty Two ($5,152) Dollars in United States currency seized from Harry Edward Jones, III on August 8, 2006.

  C. If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or,

    (5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

*(signature)*
Stephen P. Feaga
Assistant United States Attorney

*(signature)*
Tommie Brown Hardwick
Assistant United States Attorney

2