IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   } | |
|     Plaintiff,   } | |
| } | |
| v.   } | Case No. 2:06-cr-00215-MEF |
| } | |
| HARRY EDWARD JONES, III,   } | |
|     Defendant.   } | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW, Michael L. Kidd, attorney for Harry Edward Jones, III, hereby respectfully request that he be allowed to withdraw as attorney of record in the above cause. In support of said motion, undersigned counsel would represent to the court that a notice of appearance was filed on or about the 13th day of March, 2008 for the limited purposes of appearing for attorney Susan James who had a scheduling conflict for a pre-trial hearing in the above cause.

Respectfully submitted on this the 21st day of July, 2008.

S/ Michael L. Kidd
**MICHAEL L. KIDD (KID001)**
Attorney for the Defendant
22 Scott Street
Montgomery, AL  36104
Telephone:    (334) 834.5433
Facsimile:    (334) 265.1926
uakidd@netzero.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Stephen P. Feaga**
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101

                                                s/ Michael L. Kidd
                                                **of COUNSEL**