IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
v.                             )          CASE NO. 2:06-cr-215-MEF
                               )
HARRY EDWARD JONES, III        )

# **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney of Record (Doc. #255)

filed by Michael L. Kidd on July 21, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 23rd day of July, 2008.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE