# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06cr215-MEF |
|---|---|
| DEFENDANT<br>HARRY EDWARD JONES, III | TYPE OF PROCESS<br>NOTICE OF CRIMINAL FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MONTGOMERY ADVERTISER

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Tommie Brown Hardwick
Assistant United States Attorney
United States Attorney's Office
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Asset Identification No. 06-DEA-471680     PUBLISH WEEKLY FOR THREE CONSECUTIVE WEEKS

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 06/02/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk: K. Chaives | Date 6/4/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Service Fee 45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee 8.00 | Total Charges 53.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 6/10/08 C.M. # 7001 1140 0001 8579 7308
To be published 6/13, 6/20, 6/27/08
7/28/08 Paid invoice

RETURNED AND FILED
AUG 6 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

Affiant further says that the said *Montgomery Advertiser* is a newspaper in Montgomery County, Alabama, and that the said newspaper has heretofore been published in said Montgomery County, Alabama, and has been entered as second class matter at the Post Office in said Montgomery County, Alabama, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Now due on said account is $ __405.30__

Sworn to and subscribed before me this ___9th___ day of ___July___ 2008, by Marica McGrady who is personally known to me.

_____ Affiant

_____ Notary Public

[Newspaper clipping: Notice of Criminal Forfeiture, United States v. Harry Edward Jones III, Case No. 2:06cr215-MEF, Middle District of Alabama. Notice regarding forfeiture of Five Thousand One Hundred Fifty Two Dollars ($5,152) in United States currency, pursuant to 21 U.S.C. § 853(n). Contact: Tommie Brown Hardwick, Assistant United States Attorney, 131 Clayton Street, Post Office Box 197, Montgomery, Alabama 36101-0197, (334) 223-7280. Jesse Seroyer, Jr., United States Marshal, Middle District of Alabama.]