# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:06cr215-MEF** |
| | ) | |
| **HARRY EDWARD JONES, III** | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on May 22, 2008, this Court entered a Preliminary Order of Forfeiture, ordering defendant Harry Edward Jones, III to forfeit the following property:

> Five Thousand One Hundred Fifty Two ($5,152) Dollars in United States currency.

That notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 23, 2008, and ending on June 21, 2008; and,

No timely petition has been filed; and,

The Court finds that defendant Harry Edward Jones, III has an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Section 853. The United States has established the requisite nexus between such property in the commission of the violation of Title 21, United States Code, Section 844(a).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The United States of America's Motion for a Final Order of Forfeiture (Doc. # 269) is GRANTED and the following property is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853:

> Five Thousand One Hundred Fifty Two ($5,152) Dollars in United States currency.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 15th day of October, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE